

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2022

No. 04-21-00523-CV

Leonardo **SAENZ**,
Appellant

v.

Julia **SAENZ**,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 21-02-00035CVF
Honorable Russell Wilson, Judge Presiding

# O R D E R

The Appellant's Opposed Motion for Extension of Time to file Motion for Rehearing is hereby GRANTED. The appellant's motion for rehearing is due on or before October 28, 2022. Further requests for extension of time for this filing will be disfavored absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court